THE BIANCHI LAW GROUP, LLC
4 York Avenue, Second Floor
West Caldwell, New Jersey 07006
Telephone: 862-210-8750
Facsimile: 862-210-8671
David J. Bruno, Esq.
Atty Id 025192006
*Attorneys for Defendant Matthew Mugavero*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW MUGAVERO,<br><br>Defendant. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>SUMMONS NOS.<br>NJ10-6598529, NJ10-6598454, NJ10-6598451<br><br>**ORDER** |

**THIS MATTER**, having been opened to the Court by Defendant, Matthew Mugavero,, through his attorneys, the Bianchi Law Group, LLC (David J. Bruno, Esq. appearing) and Special United States Attorney Kurt Perhach, Esq., attorney for the United States Government, for an Order prohibiting the Defendant from applying for and obtaining employment as a Federal, State, Local or Municipal government employee; and for good cause shown;

IT IS on the 27th day of February, 2017;

**ORDERED** that the Defendant, Matthew Mugavero, to be prohibited hereafter from applying for and obtaining employment as a Federal, State, Local, or Municipal government employee.

**IT IS FURTHER ORDERED** that the Defendant, Matthew Mugavero be entered in the Office of Personal Management Datatbase.

_____
Hon. Anthony R. Mautone,
Magistrate Judge
United States District Court of New Jersey

Signed 3/31/17

_____
Kurt Perhach
Special Assistant United States Attorney